Judgment of conviction affirmed under the provisions of section 542 of the Code of Criminal Procedure; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ. Dissenting: HOGAN, J.

---

CORNELIUS GALLAGHER, Respondent, v. EDWARD S. PEROT et al., Appellants.

*Contract — accounting — action to compel accounting of profits arising from purchase and sale of stock.*

*Gallagher* v. *Perot*, 200 App. Div. 867, affirmed.

(Argued June 6, 1922; decided July 12, 1922.)

APPEAL from a final judgment, entered January 14, 1922, upon an order of the Appellate Division of the Supreme Court in the second judicial department affirming an interlocutory judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. The action was to procure an adjudication that a certain contract made by the defendants on July 16, 1906, to purchase all the right, title and interest of one James P. McQuaide in 1,250 shares of stock of the National Conduit and Cable Company, although in form for the sole benefit of the defendants, was in reality for the joint benefit of the defendants and the plaintiff, and that the defendants be required to account to the plaintiff for his share of the net profits arising from a resale of the same shares of stock to a third party.

*Clarence G. Galston* for Edward S. Perot, appellant.

*Selden Bacon* for Minnie B. Jackson, as executrix of George J. Jackson, deceased, appellant.

*Pierre M. Brown* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.